IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JUSTIN TROUTT                                                              PLAINTIFF

v.                          No. 3:19-cv-316-DPM

LOWEN KATE, Officer, Greene
County Detention Center                                                    DEFENDANT

## ORDER

I note this new case and a possible recusal issue. When I practiced law, my firm and I represented members of the John W. Troutt Jr. family and *The Jonesboro Sun* for many years. If plaintiff Justin Troutt is related to this family, then my impartiality could reasonably be questioned. 28 U.S.C. § 455(a). The Court would appreciate plaintiff filing a notice by 18 November 2019 about whether he is related to my former clients.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2019