# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JUSTIN TROUTT**                                              **PLAINTIFF**

v.                              No: 3:19-cv-316-DPM

**LOWEN KATE, Officer,**
**Greene County Detention Center**                             **DEFENDANT**

## ORDER

Troutt hasn't responded to the Court's 8 November 2019 Order; and the time to do so has passed. № 5. His complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). The pending recommendation, № 4, is declined as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2019